# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISIDORO GUERRA-SALAS AKA MARCELINO HERNANDEZ-LOERA,

    Defendant.

Case No. 2:12-cr-00123-LDG (GWF)

**ORDER**

    The defendant, having pled guilty on December 7, 2012, and having requested an early sentencing date, and having been furnished a pre-sentence report, and having been sentenced on January 29, 2013, therefore

    THE COURT **ORDERS** that Defendant's Motion to Waive Rule 32-1(a) (#25) is GRANTED nunc pro tunc.

DATED this \_\_31\_\_ day of January, 2013.

_____
Lloyd D. George
United States District Judge